EDWARD R. RAMIREZ, JR. (CSB: 73655)
RAMIREZ & ASSOCIATES, LLP
1910 Trade Zone Boulevard
San Jose, CA 95131
Telephone (888)764-9278
Facsimile (888)742-2481
Email: err@ramirezassociatesllp.com

Attorney for Plaintiff
David Gutierrez

**Filed**
NOV 1 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCOTT SCHAAF,<br><br>　　　　Defendant. | Case No.: 5:12-CV-05559 PSG<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>(Rule 41 Dismissal) |

TO THE CLERK OF THE COURT:

　　　The Parties have settled this matter.   Please dismiss this action Pursuant to Rule 41 of the Federal Rules of Civil Procedure and related local rules.

　　　Pursuant to Federal Rule of Civil Procedure Rule 41, the Plaintiff may Voluntarily Dismiss an action without a court order prior to the opposing party filing an answer or motion for summary judgment.   The opposing party has not filed an answer or a motion for summary judgment.   Plaintiff hereby dismisses this matter with prejudice.

1
2  Dated:  10/31/2012                              **RAMIREZ & ASSOCIATES, LLP**
3
4                                                  _____
                                                   EDWARD R. RAMIREZ, JR.
5                                                  ATTORNEY FOR PLAINTIFF
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case No.  5:12-CV-05559 PSG

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing document on the trustee by depositing it in the U.S. mail with first class postage attached hereto.:

**NOTICE OF VOLUNTARY DISMISSAL**

My place of business is located at 1910 Trade Zone Boulevard, San Jose, CA  95131.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Todd B. Rothbard, Attorney at Law

4261 Norwalk Drive

San Jose, CA 95129

Dated:  11/1/2012

_____
Frank Arce